UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-4271 CAS (JWJx) | Date | August 1, 2008 |
|---|---|---|---|
| Title | FIDELITY NATIONAL FINANCIAL, INC.; ET AL. v. COLIN H. FRIEDMAN, ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers):** DEFENDANTS FARID MESHKATAI, ANITA MESHKATAI, EXECUTIVE LEGAL NETWORK, INC., COLIN FRIEDMAN, HEDY FRIEDMAN, LORRAINE ROSS, AND SPACE PLANNERS, LLC'S MOTION FOR AN ORDER PERMITTING THE CREATION OF A LIEN TO SECURE A LOAN TO SATISFY OBLIGATIONS OF FARID AND ANITA MESHKATAI AND PREVENT FORECLOSURE ON THEIR PERSONAL RESIDENCE (filed 7/21/08)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of August 4, 2008, is hereby vacated, and the matter is hereby taken under submission.

Because the facts and procedural history of this action are known to the parties, the Court does not recite them here. On July 21, 2008, defendants filed the instant motion for an order permitting the creation of a lien to secure a loan to satisfy the obligations of Farid Meshkatai and Anita Kramer Meshkatai (collectively, "the Meshkatais") and prevent foreclosure on their personal residence. Plaintiffs filed an opposition thereto on July 29, 2008. Defendants filed a reply on July 31, 2008.

The Court has reviewed the respective briefs and supporting documents submitted by plaintiffs and defendants. The Court is unpersuaded by defendants' contentions that it is necessary for the Meshkatais to obtain the requested loan in order to pay the settlement amount and related fees and costs in the state court action, Worldwide

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-4271 CAS (JWJx) | Date | August 1, 2008 |
|---|---|---|---|
| Title | FIDELITY NATIONAL FINANCIAL, INC.; ET AL. v. COLIN H. FRIEDMAN, ETC.; ET AL. | | |

Network, Inc. v. Hooman Davoodi, BC367735, pending in the Los Angeles County Superior Court.  Accordingly, defendants' motion is DENIED.

IT IS SO ORDERED.

00      :      00

Initials of Preparer            CMJ