```
1  JOHN J. HENNELLY (SBN 137164)
   jhennelly@hgla.com
2  THOMAS H. CASE (SBN 116660)
   tcase@hgla.com
3  ORLANDO F. CABANDAY (SBN 168131)
   ocabanday@hgla.com
4  JANICE M. KROLL (SBN 189975)
   jmkroll@hgla.com
5  HENNELLY & GROSSFELD LLP
   4640 Admiralty Way, Suite 850
6  Marina del Rey, CA 90292
   Telephone: (310) 305-2100
7  Facsimile: (310) 305-2116

8  Attorneys for Plaintiffs,
   FIDELITY NATIONAL FINANCIAL, INC. and
9  FIDELITY EXPRESS NETWORK, INC.
```



FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, and FIDELITY EXPRESS NETWORK, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>COLIN H. FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; FARID MESHKATAI, an individual; and ANITA KRAMER MESHKATAI, individually and as trustee of the Anita Kramer Living Trust, dated July 23, 1987, STEVEN SPECTOR, as trustee of the Kramer Family Trust, the Friedman Insurance Trust, the Negev Trust, the Brendon Friedman Trust, the Jason Friedman Trust; the Elan Meshkatai Irrevocable Trust; the Arianna Meshkatai Irrevocable Trust, and the Aries Trust; LORRAINE ROSS, as trustee of the Friedman Insurance Trust; SPACE PLANNERS LLC, dba | CASE NO.: CV 06 4271 CAS (JWJx)<br><br>Assigned to: Hon. Christina A. Snyder<br>Courtroom 5<br><br>~~[PROPOSED]~~ ORDER TO SHOW CAUSE WHY DEFENDANT FARID MESHKATAI SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION<br><br>[Filed Concurrently With Plaintiffs' Ex Parte Application]<br><br>Date:    November 20, 2007<br>Time:    10:00 a.m.<br>Courtrm: 5 |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | CLOSETS BY DESIGN, an Arizona limited liability company; AZURA INTERNATIONAL LLC, an Arizona limited liability company; WORLDWIDE NETWORK, INC., a California corporation; EXECUTIVE-WORLDWIDE INC., a California corporation; EXECUTIVE LEGAL NETWORK, INC., a California corporation; KZE ATTORNEY SERVICE, INC., a California corporation, WORLDWIDE REPROGRAPHICS, INC., doing business as SIMPLEX REPROGRAPHICS, a California corporation; NECESSARY HOLDINGS, INC., a California corporation; MEDHI EKTEFAIE, an individual; INVESTEC TRUST, S.A., as trustee for the Zodiac Trust; RTC NOMINEES AG; the KRAMER FOUNDATION; and DOES 1 through 10, inclusive,<br><br>                    Defendants. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE

# ORDER

Defendant Farid Meshkatai is ORDERED TO SHOW CAUSE why he should not be held in civil contempt for violating the January 12, 2007 Order Granting Preliminary Injunction.

Defendant Farid Meshkatai is to submit a memorandum no longer than __25__ pages and any accompanying declarations by close of business on __March 10, 2008__. Plaintiffs' response, if any, shall be no longer than __10__ pages and is due by close of business on __March 24, 2008__.

The Court set the matter for hearing on __April 7, 2008 at 10:00am__.

Dated: __2/13/08__

_Christina A. Snyder_
United States District Court Judge
Central District of California

Submitted by,

_Thomas H. Case_
Thomas H. Case
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Ste. 850
Marina del Rey, California 90292
Tel.: (310) 305-2100
Fax: (310) 305-2116

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 850, Marina del Rey, California, 90292.

On November 20, 2007, I served the following document(s):

**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT FARID MESHKATAI SHOULD NOT BE HELD IN VICIL CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

*See Attached Service List*

(X) (By Facsimile Machine) I caused the above-referenced document(s) to be transmitted by facsimile transmission from a facsimile transmission machine whose telephone number is (310) 305-2116 to the interested parties at the appropriate facsimile telephone numbers as listed above or on the attached service list. The transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

(X) (By Overnight Delivery) I deposited in a box or other facility regularly maintained by FedEx or Overnite Express, an express service carrier, or delivered to a courier or driver authorized by said express carrier to receive documents, a copy of the above named document(s).

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that foregoing is true and correct.

Executed on November 20, 2007, at Marina del Rey, California.

*[signature]*
Esteva Gonzalez, Declarant

## Service List

### FIDELITY NATIONAL FINANCIAL, INC. v. FRIEDMAN
U.S. District Court – Central District
Case No.: CV06-4271 CAS (JWJx)

| | |
|---|---|
| Allen Hyman<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Drive<br>North Hollywood, California 91602<br>Tel: (818) 763-6289<br>Fax: (818) 763-4676<br>EM: LAWOFFAH@AOL.COM | Attorneys for Defendants, COLIN H. FRIEDMAN, HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated 7/12/87, FARID MESHKATAI, ANITA KRAMER MESHKATAI, individually and as trustee of the Kramer Living Trust, dated 7/23/87, SPACE PLANNERS LLC, DBA CLOSETS BY DESIGN, LARAINE ROSS, as trustee of the Friedman Insurance Trust, and EXECUTIVE LEGAL NETWORK, INC. |
| Hillel Chodos<br>1559 S. Sepulveda Blvd.<br>West Los Angeles, CA 90025<br>Tel: (310) 473-8666<br>Fax: (310) 473-2726<br>EM: hchodos@mindspring.com | Attorneys for Defendants, STEVE SPECTOR, as trustee for The Kramer Family Trust; The Negev Trust, The Anna And Noach Kramer Irrevocable Insurance Trust, The Jason Ryan Friedman Trust, The Brendon Dean Friedman Trust, The Elan Yosef Meshkatai Trust, and The Arianna Kramer Meshkatai Trust; WORLDWIDE NETWORK INC.; AZURA INTERNATIONAL LLC; WORLDWIDE REPROGRAPHICS, INC.; KZE ATTORNEY SERVICE, INC., EXECUTIVE WORLDWIDE, INC., NECESSARY HOLDINGS, INC., AND MEHDI EKTEFAIE |