JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, and FIDELITY EXPRESS NETWORK, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COLIN H. FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; FARID MESHKATAI, an individual; ANITA KRAMER MESHKATAI, individually and as trustee of the Anita Kramer Living Trust, dated July 23, 1987; STEVEN SPECTOR, as trustee of the Kramer Family Trust, the Friedman Insurance Trust, the Negev Trust, the Brendon Friedman Trust, the Jason Friedman Trust, the Elan Meshkatai Irrevocable Trust, the Arianna Meshkatai Irrevocable Trust, the Anna and Noach Kramer Insurance Irrevocable Trust (1992), and the Aries Trust; LORRAINE ROSS, as trustee of the Friedman Insurance Trust; SPACE PLANNERS LLC, dba CLOSETS BY DESIGN, an Arizona limited liability company; | Case No. CV 06-4271 CAS (JWJx)<br><br>**JUDGMENT** |

| | |
|---|---|
| AZURA INTERNATIONAL LLC, an Arizona limited liability company; WORLDWIDE NETWORK, INC., a California corporation; EXECUTIVE-WORLDWIDE INC., a California corporation; EXECUTIVE LEGAL NETWORK, INC., a California corporation; KZE ATTORNEY SERVICE, INC., a California corporation, WORLDWIDE REPROGRAPHICS, INC., doing business as SIMPLEX REPROGRAPHICS, a California corporation; NECESSARY HOLDINGS, INC., a California corporation; MEDHI EKTEFAIE, an individual; ZELMAN KREMMERMAN and/or INVESTEC TRUST (SWITZERLAND), S.A., as trustee(s) for the Zodiac Trust; TRUSTEE of the Noach Kramer Swiss Trust; RTC NOMINEES AG; the KRAMER FOUNDATION; SERGE RICHARDS; and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Pursuant to the Court's order denying plaintiffs' claim to set aside or invalidate the spendthrift provisions of all trust defendants and the jury's verdict returned on January 15, 2010, in favor of defendants, judgment is hereby entered in favor of defendants and against plaintiffs on all claims.  Defendants are awarded taxable costs. The Court hereby dissolves the preliminary injunction entered on January 12, 2007.

IT IS SO ORDERED

Dated: June 17, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2